UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
STEVEN G. HNATOWICZ and ANNE HNATOWICZ,       08cv4348 (BSJ)
                                               Filing Date: 5/8/08
                        Plaintiffs,           **AFFIDAVIT OF SERVICE**

        -against-

THE CITY OF NEW YORK,

                        Defendant.
-----------------------------------------------------------------x

STATE OF NEW YORK    }
                     } ss.:
COUNTY OF QUEENS     }

   STEPHEN J. SMITH, being duly sworn, deposes and says:

   That deponent is not a party to the action, is over 18 years of age and resides in the County of Queens, New York.

   I serve service of process less than five times a year.

   On May 8, 2008 at 3:15 p.m., at 100 Church Street, 4th Floor, New York, NY 10007, I served a true copy of the Summons and Complaint upon the Corporation Counsel of the City of New York, by delivering the same personally to Amanda Gonzalez, Docketing Clerk, a duly authorized representative for the City of New York.

   A description of the person served on behalf of the respondent is as follows:
   Approximate age: 25   Approximate weight: 140    Approximate height: 5'4"    Sex: F
   Race/Color of Skin: Hispanic Color of Hair: brown         Other: brown eyes

Dated:      Whitestone, New York
            May 9, 2008

                                            _____
                                            STEPHEN J. SMITH

Sworn to before me, this
9th day of May, 2008

                              GREGORY M. LASPINA
                         Notary Public, State Of New York
                                 No. 4787940
                            Qualified in Queens County
                       Commission Expires November 30, 2009

_____
Notary Public