

**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
Corporation Counsel

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

June 26, 2008

ENDORSED ORDER

In view of plaintiff's consent, we extend the deadline for defendant to serve and file an answer to the complaint to June 30, 2008. In doing so we note that defendant offers no explanation or justification for its default, and we advise defendant that no further extension will be granted.

M/ [signed]
6/26/08

JUN 26 2008

BY FAX (212) 805-7928

Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
Foley Square, New York

    RE: Hnatowicz et al. v. The City of New York
    Docket No: 1:08-cv-04348 (BSJ)(MHD)

Dear Judge Dolinger:

    This case involves a Transit Authority track worker who was injured while on the job. The Transit Authority has assumed the City's defense, and is in the process of preparing the answer. I am aware that the answer is late, and I respectfully request an extension of time until Monday, June 30, 2008, to file the answer with the Court.

Respectfully submitted,

Philip Pizzuto
Assistant Unit Chief
Special Litigation Division
(212) 442-0395

cc: Gregory M. LaSpina, Esq.
Attorney for plaintiffs
(718) 767-3309 (fax)