```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVEN G. HNATOWICZ, et al.,         :
                                     :
           Plaintiffs,               :         ORDER
                                     :
     -against-                       :   08 Civ. 4348 (BSJ)(MHD)
                                     :
THE CITY OF NEW YORK,                :
                                     :
           Defendant.                :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that an initial conference has been scheduled in the above-captioned action on **WEDNESDAY, JULY 23, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 2, 2008




                                   SO ORDERED.



                                   _____
                                   MICHAEL H. DOLINGER
                                   UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been sent today to:


Gregory M. Laspina, Esq.
DeVagno, Borhcert, Levine & LaSpina, P.C.
19-02 Whitestone Expressway
Whitestone, NY 113577


Stephen Joseph Smith, Esq.
Borchert, Genovesi, Laspina & Landicino, P.C. 100
19-02 Whitestone Expressway
Whitestone, NY 113577


Bennett Stephen Fischthal, Esq.
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201