```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVEN G. HNATOWICZ, et al.,        :
                                    :
                Plaintiffs,         :         ORDER
                                    :
        -against-                   :    08 Civ. 4348 (BSJ)(MHD)
                                    :
THE CITY OF NEW YORK,               :
                                    :
                Defendant.          :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that an initial conference in the above-captioned action, originally set for Wednesday, July 23, 2008 at 2:00 PM, has been re-scheduled and will now take place on **THURSDAY, JULY 24, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 21, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Gregory M. Laspina, Esq.
DeVagno, Borhcert, Levine & LaSpina, P.C.
19-02 Whitestone Expressway
Whitestone, NY 113577

Stephen Joseph Smith, Esq.
Borchert, Genovesi, Laspina & Landicino, P.C. 100
19-02 Whitestone Expressway
Whitestone, NY 113577

Bennett Stephen Fischthal, Esq.
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201