```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
STEVEN G. HNATOWICZ, et al.,        :
                                    :
            Plaintiffs,             :       ORDER
                                    :
      -against-                     :   08 Civ. 4348 (BSJ)(MHD)
                                    :
THE CITY OF NEW YORK,               :
                                    :
            Defendant.              :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    A pretrial conference having been held with counsel for the respective parties today,

    It is hereby **ORDERED** as follows:

    1. Initial disclosures, interrogatories and document requests are to be served by no later than **THURSDAY, JULY 31, 2008**.

    2. All fact discovery is to be completed by **FRIDAY, NOVEMBER 28, 2008**.

    3. Plaintiffs are to designate their expert witnesses by

FRIDAY, NOVEMBER 28, 2008. Defendants are to provide the equivalent information by FRIDAY, DECEMBER 12, 2008.

4. All remaining expert witness discovery is to be completed by WEDNESDAY, DECEMBER 31, 2008.

5. The parties are to submit a joint pre-trial order by WEDNESDAY, JANUARY 21, 2009, unless a potentially dispositive motion has been served by that time.

Dated: New York, New York
       July 24, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Gregory M. Laspina, Esq.
DeVagno, Borhcert, Levine & LaSpina, P.C.
19-02 Whitestone Expressway
Whitestone, NY 11357


Stephen Joseph Smith, Esq.
Borchert, Genovesi, Laspina & Landicino, P.C. 100
19-02 Whitestone Expressway
Whitestone, NY 11357


Bennett Stephen Fischthal, Esq.
New York City Transit Authority
130 Livingston Street
Brooklyn, NY 11201