```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
                                           :
STEVEN HNATOWICZ AND ANNE HNATOWICZ,       :
                                           :
                Plaintiffs,                :
                                           :    08 Cv. 4348 (BSJ)
        v.                                 :
                                           :
                                           :       ORDER
THE CITY OF NEW YORK,                      :
                                           :
                Defendant.                 :
-------------------------------------------x
```

BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Trial will commence on July 27, 2009. Pre-trial motions, proposed voir dire questions, and requests to charge are due July 13, 2009; any opposition to pre-trial motions should be filed by July 20, 2009.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 28, 2009

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09
```

1